PS-8
8/88

PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lawrence Jones                              Docket No. 4:20-MJ-1164-1KS

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jessica A. Brocz, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Lawrence Jones, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville on the 7th day of August, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 3, 2020, the defendant was served paperwork from the property manager at Harbor Pointe in Greenville stating he is no longer allowed to reside with his third-party custodians, Kadeem Nelson and Brittany Coates (Nelson), at 121 Harbor Point Lane Apt 116, Greenville, North Carolina 27858. His placement at the residence violates the current leasing contract. He will need to evacuate by 5:00 p.m. on October 5, 2020 due to his prior convictions and not being a listed name on the lease.

The defendant's sister, LaShawnda Randal, is able and willing to allow him to reside with her at 14223 Deloice Cresent, Newport News, Virginia 23602. Due to the defendant being on home incarceration with electronic monitoring, contact was made with the Pretrial Location Monitoring Specialist in the Eastern District of Virginia. USPO Brett Riley will allow supervision to be transferred immediately, and he approved travel for October 5, 2020.

**PRAYING THAT THE COURT WILL ORDER**

The defendant's current address with Mr, Kadeem Nelson is no longer suitable. A more suitable address has been located for the defendant with his sister, LaShawnda Randal, who resides at 14223 Deloice Cresent, Newport News, Virginia 23602. The undersigned probation officer has spoken with the sister, LaShawnda Randal, who is willing and able to allow the defendant to reside with her. It is respectfully recommended that Mr. Kadeem Nelson be removed as third-party custodian and the defendant be allowed to relocate to the approved residence as noted above. Jones continues to participate in the Home Incarceration program and remains in compliance.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Jessica A. Brocz<br>Jessica A. Brocz<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2350<br>Executed On: October 5, 2020 |

**Lawrence Jones**
**Docket No. 4:20-MJ-1164-1KS**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered the ___5th___ day of ___October___, 2020, and ordered filed and made part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge